ANTONIA HERNÁNDEZ CURBELO, demandante-tercerista-apelante, *v.* FREIRÍA HNOS. & CO. S. en C., y JOSÉ CORRETJER HERNÁNDEZ, demandados-apelados.

No. 4551.—*Visto:* Junio 22, 1928. *Resuelto:* Junio 27, 1928.

*V. Polanco de Jesús,* abogado de la apelante; *José Martínez Dávila* abogado de los apelados.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Freiría Hermanos y Ca., S. en C., demandó en cobro de dinero a José Corretjer Hernández y le embargó el derecho que como heredero de su padre le corresponda en determinadas fincas. Estando anunciada la subasta de esos derechos para su venta a fin de satisfacer la sentencia condenatoria dictada en ese pleito, Antonia Hernández Curbelo estableció tercería de dominio de dichas participaciones y fundada en ella obtuvo que fuese librado un auto de *injunction* preliminar suspendiendo la subasta. Posteriormente, después de tal suspensión, la corte, a instancia de la expresada mercantil y fundándose en que el *injunction* debió ser librado con prestación de fianza, ordenó a la tercerista que la prestase por $1,000 en el término de cinco días, y no habiéndolo hecho dentro de ese término dejó sin efecto su orden de *injunction* preliminar con imposición de las costas por resolución de 30 de enero de 1928 que fué notificada el mismo día al abogado de la tercerista. Esta pidió que esa resolución fuese reconsiderada a lo que no accedió la corte y entonces el 20 de fe-

brero de 1928 apeló de la expresada resolución del día 30 del mes anterior.

██ El auto de *injunction* solicitado, decretado y luego dejado sin efecto en este caso no es el procedimiento especial en el que puede recaer sentencia definitiva que es apelable dentro de treinta días, según el número primero del artículo 295 del Código de Enjuiciamiento Civil, sino que es un *injunction* auxiliar concedido por la ley de tercería en su sección 16 (*a*) para impedir que los bienes inmuebles sean vendidos mientras se resuelva el pleito de tercería, y por esto la apelación que en casos como el presente se establezca contra resolución anulando el auto de *injunction* que se había librado debe ser interpuesta dentro de diez días, según el número tercero del artículo antes citado; y como la resolución de 30 de enero no fué apelada hasta el 20 de febrero siguiente, carecemos de jurisdicción para resolver esta apelación y *debemos desestimarla*.